**FILED**

IN THE SUPREME COURT OF THE STATE OF NEBRASKA

JUL 05 2018

NEBRASKA SUPREME COURT
COURT APPEALS

| | | |
|---|---|---|
| State of Nebraska, | ) | |
| | ) | Case No.   S-95-0485. |
| Appellee, | ) | |
| | ) | |
| v. | ) | EXECUTION WARRANT |
| | ) | |
| Carey Dean Moore, | ) | |
| | ) | |
| Appellant. | ) | |

TO:   THE NEBRASKA DIRECTOR OF CORRECTIONAL SERVICES

THIS MATTER came on for consideration on the 27th day of June, 2018, for the fixing of a date of execution and issuance of a death warrant for appellant, Carey Dean Moore.

WHEREUPON, appellant was tried and convicted before the District Court for Douglas County, Nebraska, and sentenced to death for each of two convictions of first degree murder; appellant's sentences of death, upon resentencing by a three-judge panel of the District Court for Douglas County, were affirmed by this Court on September 27, 1996, following mandatory direct review as provided by Neb. Rev. Stat. § 29-2525 (see *State v. Moore*, 250 Neb. 805, *as modified by* 251 Neb. 162 (1996));

WHEREUPON, it appearing to the Court that no stay has issued by a court of the United States prohibiting the fixing of an execution date, nor is there pending any action in the courts of the State of Nebraska challenging appellant's conviction or sentence;

WHEREUPON, the Court finds that Tuesday, August 14, 2018, shall be set as the date of execution;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Tuesday, August 14, 2018, is hereby fixed as the date to carry said sentence of death into execution.

**EXHIBIT A**

000095367NSC

IT IS FURTHER ORDERED that Scott R. Frakes, Director of the Nebraska Department of Correctional Services, shall proceed on Tuesday, August 14, 2018, between the hours of 12:01 a.m. and 11:59 p.m., to carry said sentence of death into execution by administering to appellant, Carey Dean Moore, an intravenous injection of a substance or substances in a quantity sufficient to cause death, as provided by law.

IT IS FURTHER ORDERED that you, the Director of Correctional Services, shall make return of the manner of your execution of this warrant and your proceedings thereon to the Clerk of the District Court for Douglas County, Nebraska.

IT IS FURTHER ORDERED that the Clerk of the Nebraska Supreme Court shall forthwith prepare and certify under her hand and seal of this Court a full, true, and current copy of this Warrant, and cause the same to be delivered to the Director of Correctional Services.

DATED this 5th day of July, 2018.

BY THE COURT:

Chief Justice Michael G. Heavican

STATE OF NEBRASKA
NEBRASKA SUPREME COURT

I, Pamela J. Kraus, Deputy Clerk of the Nebraska Supreme Court, hereby certify the above and foregoing two (2) pages to be a full and true copy of the Execution Warrant of Carey Dean Moore, filed by said Supreme Court in the above-entitled action on this 5th day of July, 2018.

IN WITNESS WHEREOF, I hereunto set my hand and affix the official seal of the Supreme Court of the State of Nebraska this 5th day of July, 2018.

Pamela J. Kraus, Deputy Clerk
Nebraska Supreme Court