# Fresenius Kabi, LLC

## SCHEDULE OF RESTRICTED PRODUCTS (6.22.2018)

### Diprivan (Propofol)

| NDC # | Description |
|---|---|
| 63323026910 | Diprivan 100mg 10mL SDV (10pk) |
| 63323026929 | Diprivan 200 mg 20mL SDV 10pk |
| 63323026937 | Diprivan 200 mg 20mL SDV 10pk NovaPlus |
| 63323026950 | Diprivan 500 mg 50mL SDV |
| 63323026957 | Diprivan 500 mg 50mL SDV NovaPlus |
| 63323026959 | Diprivan 500 mg 50mL SDV Premier |
| 63323026965 | Diprivan 1 g 100mL SDV |
| 63323026967 | Diprivan 1 g 100mL SDV NovaPlus |
| 63323026969 | Diprivan 1g 100mL SDV Premier |
| 63323026970 | Diprivan 200mg 20mL SDV HPG |
| 63323026977 | Diprivan 500mg 50mL SDV HPG |
| 63323026978 | Diprivan 1g 100mL SDV HPG |
| 63323026994 | Diprivan 200 mg 20mL SDV 10pk Premier |

### Dilaudid (Hydromorphone Hydrochloride)

| NDC # | Description |
|---|---|
| 76045000905 | Dilaudid 0.5mg 0.5mL PFS Simplist |
| 76045000910 | Dilaudid 1mg 1mL PFS Simplist |
| 76045001010 | Dilaudid 2mg 1mL PFS Simplist |
| 76045001110 | Dilaudid 4mg 1mL PFS Simplist |
| 63323085225 | Hydromorphone Hydrochloride 1 mg 1 mL Vial |
| 63323085325 | Hydromorphone Hydrochloride 2 mg 1 mL Vial |
| 63323085410 | Hydromorphone Hydrochloride 4 mg 1 mL Vial |
| 63323085110 | Hydromorphone Hydrochloride 10 mg 1 mL Vial **HPF** |
| 63323085115 | Hydromorphone Hydrochloride 50 mg 5 mL Vial **HPF** |
| 63323085150 | Hydromorphone Hydrochloride 500 mg 50 mL **HPF** |

### Midazolam Hydrochloride

| NDC # | Description |
|---|---|
| 63323041110 | Midazolam HCl 10mg 10mL MDV |
| 63323041112 | Midazolam HCl 2mg 2mL MDV |
| 63323041125 | Midazolam HCl 5mg 5mL MDV Pack of 25 |
| 63323041202 | Midazolam HCl 10mg 2mL MDV |
| 63323041205 | Midazolam HCl 25mg 5mL MDV |
| 63323041210 | Midazolam HCl 50mg 10mL MDV |
| 63323041225 | Midazolam HCl 5mg 1mL MDV Pack of 25 |
| 76045000120 | Midazolam 2mg 2mL PF PFS Simplist |
| 76045000210 | Midazolam 5mg 1mL PF PFS Simplist |
| 76045000320 | Midazolam 10mg 2mL PF PFS Simplist |

## EXHIBIT B

## Morphine Sulfate

| NDC # | Description |
|---|---|
| 76045000410 | Morphine Sulfate 2mg 1mL PFS Simplist |
| 76045000510 | Morphine Sulfate 4mg 1mL PFS Simplist |
| 76045000610 | Morphine Sulfate 5mg 1mL PFS Simplist |
| 76045000710 | Morphine Sulfate 8mg 1mL PFS Simplist |
| 76045000810 | Morphine Sulfate 10mg 1mL PFS Simplist |
| 63323045201 | Morphine Sulfate 2 mg 1 mL Vial |
| 63323045401 | Morphine Sulfate 4 mg 1 mL Vial |
| 63323045501 | Morphine Sulfate 5 mg 1 mL Vial |
| 63323045801 | Morphine Sulfate 8 mg 1 mL Vial |
| 63323045101 | Morphine Sulfate 10 mg 1 mL Vial |

## Potassium Chloride

| NDC # | Description |
|---|---|
| 63323096505 | Potassium Chloride 10mEq 5mL SDV |
| 63323096510 | Potassium Chloride 20mEq 10mL SDV |
| 63323096520 | Potassium Chloride 40mEq 20mL SDV |
| 63323096730 | Potassium Chloride 60mEq 30mL MDV |

## Rocuronium Bromide

| NDC # | Description |
|---|---|
| 63323042605 | Rocuronium Bromide 50mg 5mL MDV |
| 63323042610 | Rocuronium Bromide 100mg 10mL MDV |

## Vecuronium Bromide

| NDC # | Description |
|---|---|
| 63323078110 | Vecuronium Bromide 10mg Vial |
| 63323078220 | Vecuronium Bromide 20mg Vial |

## Cisatracurium Besylate

| NDC # | Description |
|---|---|
| 63323041605 | Cisatracurium Besylate 10 mg 5 mL |
| 63323041710 | Cisatracurium Besylate 20 mg 10 mL |
| 63323041820 | Cisatracurium Besylate 200 mg 20 mL |