## DEA PERPETUAL INVENTORY

DEA/Control Number: RN0414184

Tax Identifying Number: 4704912334201

Nebraska State Penitentiary / 4201 South 14th Street / Lincoln, NE 68502

Item Description: _Potassium chloride_

Unit of Measure: _30 ML    (2Meq/ml) 8/18_

| Date | Location | Quantity Received | Quantity Used | Balance |
|------|----------|-------------------|---------------|---------|
| 10/12/17 | NSP IV Room | 25 | — | 25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

October 12, 2017

**EXHIBIT C**

Scanned by CamScanner