<u>DEA PERPETUAL INVENTORY</u> FN 2576708 8/16/18

DEA/Control Number: RN0414184

Tax Identifying Number: 47049.12334201

Nebraska State Penitentiary / 4201 South 14th Street / Lincoln, NE 68502

Item Description: _Cisatracurium_

Unit of Measure: _20 ML_

10/18

| Date | Location | Quantity Received | Quantity Used | Balance |
|------|----------|-------------------|---------------|---------|
| 10/12/17 | NSP EV Room | 10 | — | 10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |