POSITION PAPER

# American College of Physicians Ethics Manual
## Third Edition*

*Medicine, law, and social values are not static and must be re-examined periodically. This edition of the ACP Ethics Manual covers emerging issues in medical ethics and revisits some old issues. The overview of the evolution of medical ethics, which appeared in previous editions of the Manual, has been eliminated to allow more space for the consideration of today's ethical dilemmas. Other changes include a revised chapter on end-of-life care, discussion of physician-assisted suicide, revised sections on conflicts of interest and on medical risk to the physician and patient, given developments in human immunodeficiency virus (HIV) infection and the acquired immunodeficiency syndrome (AIDS), and discussion of sexual contact between physician and patient. A statement on disclosure of errors and a section on care of the physician's family have also been added. The sections on confidential information told by a patient's family or friend to the physician; on physician-pharmaceutical industry relations; on physicians in training; and on the impaired physician have been expanded. Sections on advertising, peer review, and resource allocation have been revised. The literature of biomedical ethics expands at a rate that does not allow a bibliography to remain current, so an exhaustive list of references or suggested readings is not included in this manual. Instead, only cited references are listed.*

*Annals of Internal Medicine. 1992;117:947-960.*

The *ACP Ethics Manual* is designed to facilitate the process of making ethical decisions in clinical practice and medical research. Because ethics must be understood within a historical and cultural context, the second edition of the *Manual* included a brief overview of the cultural, philosophical, and religious underpinnings of modern medical ethics. In this third edition, we refer the reader to that overview (1) and to other sources (2-5) that more fully explore the rich heritage of medical ethics.

The *Manual* raises ethical issues and presents general guidelines. In applying these guidelines, physicians should consider individual circumstances and use their best judgment. Physicians are morally as well as legally accountable, and the two may not be concordant. Segregation and slavery, for example, were once legal in this country but are never morally defensible. Physicians must keep in mind the distinctions and potential conflicts between legal and ethical obligations when making clinical decisions and must seek counsel when concerned about the potential legal consequences of ethical decisions. We refer to the law in this manual for illustrative purposes only; these references should not be taken as a statement of the law, which can vary from state to state, or of the legal consequences of a physician's actions.

The law does not always establish positive duties (what one should do) to the extent that professional (especially medical) ethics does. Our current understanding of medical ethics is based on the principles from which these positive duties emerge. The relative value of such principles, and conflicts among them, often account for the ethical dilemmas physicians must face.

These principles include beneficence—the duty to promote good and prevent harm to patients; nonmaleficence—the duty to do no harm to patients; and respect for a patient's autonomy—the duty to protect and foster an individual's free and uncoerced choices (6). From the principle of respect for autonomy are also derived the rules for truth-telling, disclosure, and informed consent.

In addition, considerations of justice guide the physician's role as citizen and in societal decisions about resource allocations. The principle of distributive justice demands that we seek the morally correct distribution of benefits and burdens in society. Determining that distribution, especially when allocating resources to health care, is the focus of intense debate in our society. More than ever, concerns about justice challenge the traditional role of physician as patient advocate.

A broad consensus is emerging that the U.S. health care system does not serve all of its citizens well and that major reform is needed. Any such reform, constrained by growing concerns that our resources are limited, faces important issues of priority and equity. Health care costs will be a major focus, and our society's values will be tested in decisions about resource allocations.

These issues attract widespread public attention, and their debate is covered regularly in the press. Increasingly, government, through legislation, administrative action, or judicial decision, is involved in medical ethics. It is crucial that a responsible physician perspective be heard as these societal decisions are made.

The decision to update this manual was prompted by the continued emergence of complex ethical issues not

* Members of the Ethics Committee for the 1991-92 term who developed this third edition of the manual were Edwin P. Maynard, MD, Chair; Karen Coblens, MD; Errol D. Crook, MD; Lee Dunn, Jr., JD, LLM; Arthur W. Feinberg, MD; Lloyd W. Kitchens, Jr., MD; Bernard Lo, MD; William A. Reynolds, MD; Gerald E. Thomson, MD; and Susan W. Tolle, MD. Staff editors were Lois Snyder, JD, and Janet Weiner, MPH. Additional staff contributions were made by H. Denman Scott, MD (Senior Vice President, Health and Public Policy), Linda Johnson White (Director, Department of Scientific Policy), and Linda J. Sowers. Approved by the Board of Regents on 10 July 1992.

**EXHIBIT N**

privileges, and duties pertinent to the patient-physician relationship and has the right to require that physicians be competent and knowledgeable and that they practice with consideration for the patient as a person.

## Obligations of the Physician to Society

Physicians have obligations to society that in many ways parallel their obligations to individual patients. Physicians' conduct, both as professionals and as individual citizens, should merit the respect of the community.

All physicians must fulfill the profession's collective responsibility to be advocates for the health of the public. Physicians should protect the public's health by reporting diseases, as required by law, to the responsible authority. They should support public health endeavors that provide the general public with accurate information about health care and comment on medical subjects within their areas of expertise to keep the public properly informed. Physicians should regard interacting with the news media to provide accurate information as an obligation to society and an extension of medical practice.

Physicians should help the community recognize and deal with social and environmental causes of disease. They should work toward ensuring access to health care for all individuals and help correct deficiencies in the availability, accessibility, and quality of health services in the community.

## Resource Allocation

Medical care is delivered within social and institutional systems that must take overall resources into account. Increasingly, decisions about resource allocations challenge the physician's traditional role as patient advocate. There have always been limits to this advocacy role; for example, a physician is not obligated to lie to third-party payers for a patient nor to provide all treatments, no matter how futile. Resource allocation pushes these limits further, by asking physicians to consider the best interests of all patients as well as the best interests of each patient. The just allocation of resources presents the physician with ethical dilemmas that cannot be ignored. There is agreement on two fundamental rules:

1. Physicians have a responsibility to use all health-related resources in a technically appropriate and efficient manner. They should plan work-ups carefully and avoid unnecessary testing, medications, operations, and consultations.

2. Decisions on resource allocations must not be made in the context of an individual patient-physician encounter but must be part of a broader social process. Physicians participating in decisions at the policy level should stress the value of health to our society and should base allocations on medical need, cost-effectiveness of treatments, and proper distribution of benefits and burdens in our society.

## Relationship of the Physician to Government

The physician should help develop health policy at the local, state, and national levels by expressing views as an individual and as a professional. Through professional activities and associations, as well as through the political process, physicians should participate in health policy decisions. These include societal decisions about the distribution of resources between health care and other social goods and about the various methods for delivering health care, in assuring that no sick person is denied essential medical care.

Physicians must resist being a party to abuses of human rights. Under no circumstances is it ethical for a physician to be used as an instrument of government to do anything to weaken the physical or mental resistance of a human. Neither should a physician participate in, or tolerate, cruel or unusual punishment or disciplinary activities beyond those permitted by the United Nations Standard Minimum Rules for the Treatment of Prisoners (30).

Participation by physicians in the execution of prisoners, except to certify death, is unethical.

## Relationship of Physicians to Other Health Professionals

The interests of the patient have primacy in all aspects of the patient-physician relationship. The attending physician should act as an advocate and coordinator of care for the patient and should assume appropriate responsibility, especially when other health professionals help. The physician should collaborate only with competent health professionals when sharing the care of a patient.

All health professionals share a commitment to work together to serve the patient's interests. The best patient care is often a team effort, and mutual respect, cooperation, and communication should govern this effort. Even though health professionals have special areas of expertise, each member of the patient care team has equal moral status. When a health professional has major ethical objections to an attending physician's order, both should discuss the matter thoroughly. Mechanisms should be available in hospitals to resolve differences of opinion among members of the patient care team.

## Ethics Committees and Ethics Consultants

Ethics committees and consultants contribute to achieving patient care goals primarily by developing educational programs in the institution, coordinating institutional resources, providing a forum for discussion among medical and hospital professionals, and assisting institutions to develop sound policies and practices. Although it is generally agreed that neither ethics committees nor consultants should have decision making authority, they can advise physicians on ethical matters.

## Medicine and the Law

Physicians should remember that all citizens are equal under the law, and being ill does not diminish the right or expectation to be treated equally. Stated another way, illness does not, in and of itself, change a