

WORLD
MEDICAL
ASSOCIATION

# WMA RESOLUTION ON PHYSICIAN PARTICIPATION IN CAPITAL PUNISHMENT

*Adopted by the 34th World Medical Assembly, Lisbon, Portugal, September/October 1981*
*and amended by the 52nd WMA General Assembly, Edinburgh, Scotland, October 2000*
*and the 59th WMA General Assembly, Seoul, Korea, October 2008*

RESOLVED, that it is unethical for physicians to participate in capital punishment, in any way, or during any step of the execution process, including its planning and the instruction and/or training of persons to perform executions.

The World Medical Association

REQUESTS firmly its constituent members to advise all physicians that any participation in capital punishment as stated above is unethical.

URGES its constituent members to lobby actively national governments and legislators against any participation of physicians in capital punishment.

**EXHIBIT O**