## DEA PERPETUAL INVENTORY

DEA/Control Number: ~~RN0114184~~ FN 2576108 8/16/18

Tax Identifying Number: 47049.12334201

Nebraska State Penitentiary / 4201 South 14th Street / Lincoln, NE 68502

Item Description: Cisatracurium

Unit of Measure: 20 ML

10/18

| Date | Location | Quantity Received | Quantity Used | Balance |
|------|----------|-------------------|---------------|---------|
| 10/12/17 | NSP EV Room | 10 | — | 10 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

October 12, 2017

**EXHIBIT D**

Scanned by CamScanner