IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRESENIUS KABI USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3109 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, and | ) | |
| SCOTT FRAKES, in his Official | ) | |
| Capacity as Director of the Nebraska | ) | |
| Department of Correctional Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

After careful consideration,

IT IS ORDERED that the Motion for Expedited Discovery (filing no. 7, part 2) is denied without prejudice. The Motion for Temporary Restraining Order (filing no. 7, part 1) remains pending and will be resolved expeditiously.

DATED this 8th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge