IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRESENIUS KABI USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3109 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, and | ) | |
| SCOTT FRAKES, in his Official | ) | |
| Capacity as Director of the Nebraska | ) | |
| Department of Correctional Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon application of a member of the press,

IT IS HEREBY ORDERED that members of the press holding valid press credentials[1] are authorized to bring laptops to the hearing scheduled for Friday, August 10, 2018, at 3:00 p.m., and are authorized to live tweet their personal descriptions of the proceedings. However, no one may record the proceedings by audio or video.

DATED this 9th day of August, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] Press credentials include but are not limited to credentials issued by the Nebraska Supreme Court. If questions arise regarding the validity of press credentials, the United States Marshals Service and the Court Security Officers may feel free to contact the undersigned directly.