# UNITED STATES DISTRICT COURT
*District of Nebraska*
## APPLICATION FOR ADMISSION PRO HAC VICE
$100.00

| | | |
|---|---|---|
| FRESENIUS KABI USA, LLC   Plaintiff, | ) ) ) | |
| v. | ) ) | Case No: 4:18-cv-03109 |
| STATE OF NEBRASKA et al. | ) ) ) | |
| Defendants. | ) | |

I, Nicholas J. Bronni do hereby certify that I have been enrolled as a member of the Bar of the State of Arkansas since May 2016, the Bar of the District of Columbia since March 2007, and the Bar of California since June 2006.  I am currently admitted to practice in numerous federal district and circuit courts.  I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska on behalf of several proposed *Amici* States.

| | |
|---|---|
| Bar Number: | 2016097 (AR) / 243337 (CA) |
| Law Firm: | Arkansas Attorney General's Office |
| Mailing Address: | 323 Center St, Suite 200 |
| City, State, Zip: | Little Rock, AR 72201 |
| Telephone Fax/Number: | 501-682-6302 / 501-682-2591 |

I, Nicholas J. Bronni swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 9th day of August, 2018.

/s/ Nicholas J. Bronni
(Signature of Applicant)
(Original signature required when submitted in paper)

============================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this _____ day of _____, 2018

_____
Deputy Clerk

Receipt Number _____
COPIES MAILED ON _____

Last update 09/29/17