IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRESENIUS KABI USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3109 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, and SCOTT FRAKES, in his Official Capacity as Director of the Nebraska Department of Correctional Services, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that:

1. The evidence objection (filing no. 28) submitted by Defendants is denied without prejudice to reassertion should a preliminary injunction or permanent injunction hearing be necessary.

2. The unopposed motion for leave file an Amici Curiae brief (filing no. 31) is granted.

DATED this 10th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge