IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRESENIUS KABI USA, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA; THE NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES; and SCOTT FRAKES, in his Official Capacity as Director of the Nebraska Department of Correctional Services,<br><br>      Defendants. | CASE NO. 4:18-cv-3109<br><br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Fresenius Kabi USA, LLC, hereby gives notice of its voluntary dismissal of this matter.

The Plaintiff shows the Court that:

1. The Defendants have not served an answer or a motion for summary judgment in this case;
2. As Fed. R. Civ. P. 41(a)(1)(A) provides, no order is required; and
3. As Fed. R. Civ. P. 41(a)(1)(B) provides, this dismissal is without prejudice.

FRESENIUS KABI USA, LLC,
Plaintiff

By: James M. Bausch #10236
Mark A. Christensen #17660
Nathan D. Clark # 25857
CLINE WILLIAMS WRIGHT
 JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Bldg.
233 So. 13th St.
Lincoln, NE 68508
(402) 474-6900
jbausch@clinewilliams.com
mchristensen@clinewilliams.com
nclark@clinewilliams.com

By: /s/ Mark A. Christensen
Mark A. Christensen #17660

## CERTIFICATE OF SERVICE

I, Mark A. Christensen, hereby certify that on this 29th day of August, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Ryan S. Post
ryan.post@nebraska.gov

David A. Lopez
dave.lopez@nebraska.gov

James D. Smith
james.smith@nebraska.gov

Danielle L. Jones
danielle.jones@nebraska.gov

/s/ Mark A. Christensen
Mark A. Christensen

4821-1143-4352, v. 1

2