IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRESENIUS KABI USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3109 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, and SCOTT FRAKES, in his Official Capacity as Director of the Nebraska Department of Correctional Services, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Given the voluntary dismissal by Plaintiff (filing no. 63) and the notice of withdrawal of the motion to intervene (filing no. 62),

IT IS ORDERED that the Clerk shall close this case.

DATED this 30th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge